UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY LINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLLAR GENERAL CORPORATION, )<br>)<br>Defendant. ) | No. 3-13-01383<br>Senior Judge Haynes |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 85) to deny Plaintiff's motion for partial summary judgment (Docket No. 36) and Defendant's motion for summary judgment (Docket No. 50). The parties filed objections and responses. (Docket Entry Nos. 86, 87, 89, 90, 91, 94).

After de novo review, the Report and Recommendation (Docket Entry No. 85) is **ADOPTED.** Plaintiff's motion for partial summary judgment (Docket No. 36) and Defendant's motion for summary judgment (Docket No. 50) are **DENIED.**

It is so **ORDERED.**

ENTERED this the ___ day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge